Petition of UNITED STATES.

THE SPRING HILL.

HEIER et al. v. PANAMA TRANSPORT CO. et al.

No. 140, Docket 21192.

United States Court of Appeals Second Circuit.

Jan. 31, 1949.

Jacob Rassner, of New York City (Jack Steinman, of New York City, of counsel), for appellants.

Kirlin Campbell Hickox & Keating, of New York City (Raymond Parmer, of New York City, of counsel), for appellee Panama Transport Co.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

FRANK, Circuit Judge.

Ordinarily the trial judge has discretion to permit the filing of later claims in an admiralty proceeding, at least as long as the fund has not been entirely distributed or a final decree entered. Meyer v. New England Fish Co., 9 Cir., 136 F.2d 315; Petition of Chester A. Poling, Inc., D.C.E. D.N.Y., 51 F.Supp. 375.

Since the appellants are Norwegian seamen, uninformed about our laws and procedures, who apparently were under the mistaken impression that their claims had been filed, leave to file the claims should have been granted, subject to the condition, to which their attorney agreed, that it

would in no way prejudice any claimant who filed his claim within the prescribed time.

Reversed.